# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| In the Matter of: } | |
| MARLON BATES } | CASE NO. 19-82244-CRJ-7 |
| BEVERLY BATES } | CHAPTER 7 |
|     Debtors. } | |
| | |
| MARLON BATES } | AP NO. 19-80064-CRJ |
| BEVERLY BATES } | |
|     Plaintiff, } | |
| v. } | |
| } | |
| INTERAL REVENUE SERVICE } | |
| } | |
|     Defendants. } | |

## ORDER TO SHOW CAUSE WHY ADVERSARY PROCEEDING SHOULD NOT BE DISMISSED

The Plaintiffs filed the above-styled Adversary Proceeding on July 31, 2019. To date, no further action has taken place in this Adversary Proceeding.

**IT IS THEFORE ORDERED, ADJUDGED and DECREED** that counsel for the Plaintiff must appear on **February 10**, **2020** at **1:30 p.m.** before the Honorable Clifton R. Jessup, Jr. at the **Federal Building, 400 Well Street, Decatur, Alabama** and show cause why this Adversary Proceeding should not be dismissed.

Dated this the 13th day of January, 2020.

                                                  /s/ Clifton R. Jessup, Jr.
                                                Clifton R. Jessup, Jr.
                                                United States Bankruptcy Judge